FILED

AUG 0 8 2019

Clerk, U.S District Court
District Of Montana
Great Falls

PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
E-mail: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSEPH WILLIAM WEBB, Defendant. | CR-19-59-GF-BMM  **INDICTMENT**  **FELON IN POSSESSION OF A FIREARM AND AMMUNITION** Title 18 U.S.C. § 922(g)(1) (Penalty: Ten years imprisonment, $250,000 fine and three years supervised release)  **FORFEITURE** 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

That on or about August 25, 2018, near Interstate 15 mile marker 290, and within Cascade County, in the State and District of Montana, the defendant, JOSEPH WILLIAM WEBB, knowing he had been convicted on or about September 6, 2017, of a crime punishable by imprisonment for a term exceeding

1

one year under the laws of the State of California, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in the indictment, the defendant, JOSEPH WILLIAM WEBB, pursuant to 18 U.S.C. § 924(d), shall forfeit to the United States, any firearm and ammunition used in the commission of said offense.

A TRUE BILL.     Foreperson signature redacted. Original document filed under deal.

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant ✓
Bail