IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSEPH WILLIAM WEBB, Defendant. | CR 19-59-GF-BMM ORDER |
|---|---|

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings. For good cause being shown,

IT IS HEREBY ORDERED, the forfeiture action in the above-captioned case is DISMISSED with prejudice.

Dated this 11th day of October, 2019.

_____
Brian Morris
United States District Court Judge

1