# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH WILLIAM WEBB, <br><br> Defendant. | Case No. CR-19-59-GF-BMM <br><br> ORDER |

**IT IS HEREBY ORDERED** the final pretrial conference is **RESET** for **Wednesday, October 30, 2019 at 8:30 a.m.** The parties are to report to the chambers of the undersigned. The jury trial is **RESET** for **Wednesday, October 30, 2019 at 9:00 a.m.** in the Charles N. Pray Courtroom at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 16th day of October, 2019.

_____
Brian Morris
United States District Court Judge