UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH WILLIAM WEBB,<br><br>　　　　　Defendant. | CR-19-59-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 30th day of October, 2019.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge