UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-19-59-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JOSEPH WILLIAM WEBB, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the following weapon, which has been admitted as exhibit, shall be retained in the custody of the United States Marshals Service during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter.

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 3 | Firearm – J. Stevens Arms & Tool Co., brand name Riverside Arms Co., model 315, 16 gauge shotgun, serial number 7003. |
| 4 | Ammunition – 10 shotgun shells |

|  |  |
|--|--|
|  |  |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

DATED this 30th day of October, 2019.

*Brian Morris* (signature)

Brian Morris
United States District Court Judge